B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Kentucky

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Banner Coal Terminal, LLC | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 4978 Teays Valley Road<br>Scott Depot, WV | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Putnam    ZIP CODE 25560 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Kentucky

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ✓ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
✓ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
✓ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
✓ Other

**VENUE**

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

✓ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

✓ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| SEE ATTACHMENT | | |
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
      or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2                          Name of Debtor  Banner Coal Terminal, LLC

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____    x _[signature]_                                    2/19/13
Signature of Petitioner or Representative (State Title)   Signature of Attorney                   Date
x_____    Fowler Bell PLLC
Signature of Petitioner or Representative (State title)
Credit Agricole Corporate & Investment Bank             Name of Attorney Firm (If any)
Name of Petitioner                    Date Signed       300 West Vine Street, Suite 600, Lexington, KY 40507
                                                        Address
Name & Mailing          Alan P. Sidrane, Senior Managing Director
Address of Individual   Ronald E. Spitzer, Managing Director     (859) 252-6700
Signing in Representative  1301 Avenue of Americas               Telephone No.
Capacity                New York, NY 10019

x_____    x _[signature]_                                    2/19/13
Signature of Petitioner or Representative (State title)   Signature of Attorney                   Date
ING Capital LLC                                         Fowler Bell PLLC
Name of Petitioner                    Date Signed       Name of Attorney Firm (If any)
                                                        300 West Vine Street, Suite 600, Lexington, KY 40507
Name & Mailing          Peter Clinton, Managing Director         Address
Address of Individual   1325 Avenue of the Americas              (859) 252-6700
Signing in Representative  New York, NY 10019                    Telephone No.
Capacity

x_____    x _[signature]_                                    2/19/13
Signature of Petitioner or Representative (State title)   Signature of Attorney                   Date
x_____    Fowler Bell PLLC
Signature of Petitioner or Representative (State title)
Natixis, New York Branch                                Name of Attorney Firm (If any)
Name of Petitioner                    Date Signed       300 West Vine Street, Suite 600, Lexington, KY 40507
                                                        Address
Name & Mailing          Mark A. Harrington, Managing Director
Address of Individual   John-Charles van Essche, Managing        (859) 252-6700
Signing in Representative  Director                              Telephone No.
Capacity                1251 Avenue of the Americas, 5th Floor
                        New York, NY 10020

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Credit Agricole Corporate & Investment Bank | SEE ATTACHMENT | 73,235,128.15 |
| ING Capital LLC | SEE ATTACHMENT | 18,281,317.24 |
| Natixis, New York Branch | SEE ATTACHMENT | 12,824,722.58 |

Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims     104,341,167.97

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                               Name of Debtor  Banner Coal Terminal, LLC

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State Title)
x_____  2/19/13
Signature of Petitioner or Representative (State title)
Credit Agricole Corporate & Investment Bank
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Alan P. Sidrane, Senior Managing Director
Ronald E. Spitzer, Managing Director
1301 Avenue of Americas
New York, NY 10019

x_____  2/19/13
Signature of Attorney                    Date
Haynes and Boone, LLP
Name of Attorney Firm (If any)
1221 McKinney Street, Suite 2100, Houston, TX 77010
Address
(713) 547-2250
Telephone No.

x_____  2/19/13
Signature of Petitioner or Representative (State title)
ING Capital LLC
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Peter Clinton, Managing Director
1325 Avenue of the Americas
New York, NY 10019

x_____
Signature of Attorney                    Date
Patton Boggs LLP
Name of Attorney Firm (If any)
2000 McKinney Street, Suite 1700, Dallas TX 75201
Address
(214) 758-3583
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
Natixis, New York Branch
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

x_____
Signature of Attorney                    Date
Reed Smith
Name of Attorney Firm (If any)
599 Lexington Ave, 22nd Floor, New York, NY 10022
Address
(212) 521-5400
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Credit Agricole Corporate & Investment Bank | SEE ATTACHMENT | $73,235,128.15 |
| ING Capital LLC | SEE ATTACHMENT | $18,281,317.24 |
| Natixis, New York Branch | SEE ATTACHMENT | $12,824,722.58 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $104,341,167.97 |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Banner Coal Terminal, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State Title)
x_____
Signature of Petitioner or Representative (State title)
**Credit Agricole Corporate & Investment Bank**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Alan P. Sidrane, Senior Managing Director
Ronald E. Spitzer. Managing Director
1301 Avenue of Americas
New York, NY 10019

x_____        Date
Signature of Attorney
**Haynes and Boone, LLP**
Name of Attorney Firm (If any)
1221 McKinney Street, Suite 2100, Houston, TX 77010
Address
(713) 547-2250
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
**ING Capital LLC**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Peter Clinton, Managing Director
1325 Avenue of the Americas
New York, NY 10019

x _Roman Juror_ 2/15/13
Signature of Attorney                  Date
**Patton Boggs LLP**
Name of Attorney Firm (If any)
2000 McKinney Street, Suite 1700, Dallas TX 75201
Address
(214) 758-3583
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
x_____
Signature of Petitioner or Representative (State title)
**Natixis, New York Branch**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

x_____        Date
Signature of Attorney
**Reed Smith**
Name of Attorney Firm (If any)
599 Lexington Ave, 22nd Floor, New York, NY 10022
Address
(212) 521-5400
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Credit Agricole Corporate & Investment Bank | | |
| Name and Address of Petitioner<br>ING Capital LLC | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner<br>Natixis, New York Branch | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor  Banner Coal Terminal, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ Signature of Petitioner or Representative (State Title) | |
| x_____ Signature of Petitioner or Representative (State title) **Credit Agricole Corporate & Investment Bank** Name of Petitioner               Date Signed | x_____ Signature of Attorney           Date **Haynes and Boone, LLP** Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Alan P. Sidrane, Senior Managing Director Ronald E. Spitzer, Managing Director 1301 Avenue of Americas New York, NY 10019 | 1221 McKinney Street, Suite 2100, Houston, TX 77010 Address (713) 547-2250 Telephone No. |
| x_____ Signature of Petitioner or Representative (State title) **ING Capital LLC** Name of Petitioner               Date Signed | x_____ Signature of Attorney           Date **Patton Boggs LLP** Name of Attorney Firm (If any) 2000 McKinney Street, Suite 1700, Dallas TX 75201 Address (214) 758-3583 Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity | Peter Clinton, Managing Director 1325 Avenue of the Americas New York, NY 10019 | |
| x_[signed]_____ x_[signed]_____ Signature of Petitioner or Representative (State title) **Natixis, New York Branch**          2/19/13 Name of Petitioner               Date Signed | x_[signed]_____  2/19/13 Signature of Attorney           Date **Reed Smith** Name of Attorney Firm (If any) 599 Lexington Ave, 22nd Floor, New York, NY 10022 Address (212) 521-5400 Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity | Mark A. Harrington, Managing Director John-Charles van Essche, Managing Director 1251 Avenue of the Americas, 5th Floor New York, NY 10020 | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Credit Agricole Corporate & Investment Bank | | |
| Name and Address of Petitioner ING Capital LLC | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner Natixis, New York Branch | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

Attachment to the Involuntary Petition

The above-named alleged debtor (the "Alleged Debtor") is indebted to petition creditor, Crédit Agricole Corporate and Investment Bank ("Crédit Agricole" or the "Petitioning Creditor"), for not less than $ 73,235,128.15 under the (i) Credit Agreement dated as of March 7, 2008 and amended and restated as of April 7, 2010, among Trinity Coal Corporation, as Borrower, Crédit Agricole and the several Lenders from time to time parties thereto, as Lenders (the "Lender(s)"), Crédit Agricole Corporate and Investment Bank, as Administrative Agent and Issuing Lender (the "Administrative Agent"), Sole Bookrunner and Co-Lead Arranger, Fortis Bank S.A./N.V., New York Branch, as Syndication Agent and Co-Lead Arranger, The Bank of New York Mellon, as Collateral Agent, Dekabank Deutsche Girozentrale, ING Capital LLC and Landesbank Hessen-Thuringen Girozentrale, New York Branch, as Co-Documentation Agents (as modified or amended, the "Credit Agreement"); (ii) Guarantee and Collateral Agreement, dated March 7, 2008 (as amended, restated, supplemented or otherwise modified from time to time, the "Collateral Agreement," collectively with the Credit Agreement, the "Agreements") with the Bank of New York Mellon, as the collateral agent (the "Collateral Agent"); and (iii) Notice of Acceleration and Demand for Payment dated as of February 11, 2013 (the "Notice of Acceleration").

Petitioning Creditor is the holder of a claim against the Alleged Debtor for principal and interest evidenced by the Agreements that is not contingent as to liability or subject of a bona fide dispute as to liability or amount. Petitioning Creditor hereby confirms that, taken together, the value of the Petitioning Creditor's and other petitioning creditors aggregate interests in the applicable liens on property of the Alleged Debtor securing the claims asserted in this Involuntary Petition is in an amount at least $14,425 less than the principal and interest outstanding under the Agreements.

Petitioning Creditor has not transferred any claims included in this Petition to any other involuntary petitioner.

Petitioning Creditor does not waive any rights, interests, remedies or liens it may have.

Crédit Agricole Corporate and Investment Bank

Ronald E. Spitzer
Managing Director

Alan P. Sidrane
Managing Director

Attachment to the Involuntary Petition

The above-named alleged debtor (the "Alleged Debtor") is indebted to petition creditor, ING Capital LLC ("ING" or the "Petitioning Creditor"), for not less than $ 18,281,317.24 under the (i) Credit Agreement dated as of March 7, 2008 and amended and restated as of April 7, 2010, among Trinity Coal Corporation, as Borrower, ING and the several Lenders from time to time parties thereto, as Lenders (the "Lender(s)"), Crédit Agricole Corporate and Investment Bank, as Administrative Agent and Issuing Lender (the "Administrative Agent"), Sole Bookrunner and Co-Lead Arranger, Fortis Bank S.A./N.V., New York Branch, as Syndication Agent and Co-Lead Arranger, The Bank of New York Mellon, as Collateral Agent, Dekabank Deutsche Girozentrale, ING Capital LLC and Landesbank Hessen-Thuringen Girozentrale, New York Branch, as Co-Documentation Agents (as modified or amended, the "Credit Agreement"); (ii) Guarantee and Collateral Agreement, dated March 7, 2008 (as amended, restated, supplemented or otherwise modified from time to time, the "Collateral Agreement," collectively with the Credit Agreement, the "Agreements") with the Bank of New York Mellon, as the collateral agent (the "Collateral Agent"); and (iii) Notice of Acceleration and Demand for Payment dated as of February 11, 2013 (the "Notice of Acceleration").

Petitioning Creditor is the holder of a claim against the Alleged Debtor for principal and interest evidenced by the Agreements that is not contingent as to liability or subject of a bona fide dispute as to liability or amount. Petitioning Creditor hereby confirms that, taken together, the value of the Petitioning Creditor's and other petitioning creditors aggregate interests in the applicable liens on property of the Alleged Debtor securing the claims asserted in this Involuntary Petition is in an amount at least $14,425 less than the principal and interest outstanding under the Agreements.

Petitioning Creditor has not transferred any claims included in this Petition to any other involuntary petitioner.

Petitioning Creditor does not waive any rights, interests, remedies or liens it may have.

ING Capital LLC

_[signature]_

Peter Clinton
Managing Director

Case 13-50378-tnw    Doc 1    Filed 02/19/13    Entered 02/19/13 22:01:17    Desc Main
Document    Page 8 of 9

Attachment to the Involuntary Petition

The above-named alleged debtor (the "Alleged Debtor") is indebted to petition creditor, Natixis, New York Branch ("Natixis" or the "Petitioning Creditor"), for not less than $ 12,824,722.58 under the (i) Credit Agreement dated as of March 7, 2008 and amended and restated as of April 7, 2010, among Trinity Coal Corporation, as Borrower, Natixis and the several Lenders from time to time parties thereto, as Lenders (the "Lender(s)"), Crédit Agricole Corporate and Investment Bank, as Administrative Agent and Issuing Lender (the "Administrative Agent"), Sole Bookrunner and Co-Lead Arranger, Fortis Bank S.A./N.V., New York Branch, as Syndication Agent and Co-Lead Arranger, The Bank of New York Mellon, as Collateral Agent, Dekabank Deutsche Girozentrale, ING Capital LLC and Landesbank Hessen-Thuringen Girozentrale, New York Branch, as Co-Documentation Agents (as modified or amended, the "Credit Agreement"); (ii) Guarantee and Collateral Agreement, dated March 7, 2008 (as amended, restated, supplemented or otherwise modified from time to time, the "Collateral Agreement," collectively with the Credit Agreement, the "Agreements") with the Bank of New York Mellon, as the collateral agent (the "Collateral Agent"); and (iii) Notice of Acceleration and Demand for Payment dated as of February 11, 2013 (the "Notice of Acceleration").

Petitioning Creditor is the holder of a claim against the Alleged Debtor for principal and interest evidenced by the Agreements that is not contingent as to liability or subject of a bona fide dispute as to liability or amount. Petitioning Creditor hereby confirms that, taken together, the value of the Petitioning Creditor's and other petitioning creditors aggregate interests in the applicable liens on property of the Alleged Debtor securing the claims asserted in this Involuntary Petition is in an amount at least $14,425 less than the principal and interest outstanding under the Agreements.

Petitioning Creditor has not transferred any claims included in this Petition to any other involuntary petitioner.

Petitioning Creditor does not waive any rights, interests, remedies or liens it may have.

Natixis, New York Branch

*[signature]*                                                 *[signature]*

Mark A. Harrington                                            John-Charles van Essche
Managing Director                                             Managing Director

**Attachment to the Involuntary Chapter 11 Petition**

| Debtor | Case Number | Date | Relationship | District | Judge |
|---|---|---|---|---|---|
| Banner Coal Terminal LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Bear Fork Resources LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Deep Water Resources LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Falcon Resources LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Frasure Creek Mining | 13-50335-tnw | February 14, 2013 | Affiliate | Eastern District of Kentucky (Lexington) | Chief Judge Wise |
| Hughes Creek Terminal LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Levisa Fork Resources LLc | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Little Elk Mining Company LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| North Springs Resources LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Prater Branch Resources LLc | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| RMG, Inc. | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Trinity Coal Corporation | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Trinity Coal Marketing LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Trinity Coal Partners LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Trinity Parent Corporation | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |
| Trinity RMG Holdings, LLC | Pending | February 19, 2013 | Affiliate | Eastern District of Kentucky | Pending |